IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 83-cv-02379-WYD

UNITED STATES OF AMERICA,

     Plaintiff,

v.

SHELL OIL COMPANY,

     Defendant.

---

ORDER

---

Having reviewed the Joint Motion to Reopen Case and Dismiss All Claims and Counterclaims with Prejudice, filed by the United States and Shell Oil Company on March 18, 2009, and the file herein, and having simultaneously granted the United States' and Shell's unopposed joint motion to dismiss their cross-claims with prejudice in Colorado v. United States and Shell Oil Company, No. 83-C-2386, it is hereby

ORDERED that the Joint Motion to Reopen Case and Dismiss All Claims and Counterclaims with Prejudice [doc. #109], filed March 18, 2009, is **GRANTED.** This case is taken off administrative hold and all claims and counterclaims are dismissed with prejudice, with each party to pay its own costs and attorney fees. The Court retains jurisdiction to enforce the terms of the Consent Decree entered on February 12, 1993.

Dated:  March 19, 2009

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge